IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2325*

Civil Action No.  2:13-cv-0685

---

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2325 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

    Sheryl Gallegos

2. Plaintiff Spouse

    Andrew Gallegos

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    N/A

4. State of Residence

    Arizona

5. District Court and Division in which venue would be proper absent direct filing

    U.S. District Court for the District of Arizona

    Phoenix Division

6. Defendants (Check Defendants against whom Complaint is made):

    ☒   A. American Medical Systems, Inc. ("AMS")

    ☐   B. American Medical Systems Holdings, Inc. ("AMS Holdings")

Revised: 1/4/13

☐ C. Endo Pharmaceuticals, Inc.

☐ D. Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings, Inc.)

☐ E. Ethicon, Inc.

☐ F. Ethicon, LLC

☐ G. Johnson & Johnson

☐ H. Boston Scientific Corporation

☐ I. C. R. Bard, Inc. ("Bard")

☐ J. Sofradim Production SAS ("Sofradim")

☐ K. Tissue Science Laboratories Limited ("TSL")

☐ L. Mentor Worldwide LLC

☐ M. Coloplast A/S

☐ N. Coloplast Corp.

☐ O. Coloplast Manufacturing US, LLC

☐ P. Porges S.A.

7. Basis of Jurisdiction

☒ Diversity of Citizenship

☐ Other:_____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

 11, 12, and 13

B.  Other allegations of jurisdiction and venue

_____

_____

_____

_____

8.  Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

☐ A. Apogee;

☒ B. Perigee;

☒ C. MiniArc Sling;

☐ D. Monarc Subfascial Hammock;

☐ E. SPARC;

☐ F. In-Fast;

☐ G. BioArc;

☒ H. Elevate;

☐ I. Straight-In;

☐ J.  Other

_____

_____

9.  Defendants' Products about which Plaintiff is making a claim.  (Check applicable products)

☐ A. Apogee;

☒ B. Perigee;

☒ C. MiniArc Sling;

☐ D. Monarc Subfascial Hammock;

☐ E. SPARC;

3

☐     F. In-Fast;

☐     G. BioArc;

☒     H. Elevate;

☐     I. Straight-In;

☐     J. Other;

10. Date of Implantation as to Each Product

    All:  4/28/2009

11. Hospital(s) where Plaintiff was implanted (including City and State)

    All:  Banner Good Samaritan Medical Center
    Phoenix, Arizona

12. Implanting Surgeon(s)

    All:  Crawford, Scott, MD

13. Counts in the Master Complaint brought by Plaintiff(s)

    ☒    Count I - Negligence

    ☒    Count II – Strict Liability – Design Defect

    ☒    Count III – Strict Liability – Manufacturing Defect

    ☒    Count IV – Strict Liability – Failure to Warn

    ☒    Count V -  Strict Liability – Defective Product

    ☒    Count VI - Breach of Express Warranty

☒ Count VII – Breach of Implied Warranty

☒ Count VIII – Fraudulent Concealment

☒ Count IX –   Constructive Fraud

☒ Count X - Discovery Rule, Tolling and Fraudulent Concealment

☒ Count XI – Negligent Misrepresentation

☒ Count XII – Negligent Infliction of Emotional Distress

☒ Count XIII – Violation of Consumer Protection Laws

☒ Count XIV – Gross Negligence

☒ Count XV -   Unjust Enrichment

☒ Count XVI - (By the Spouse) – Loss of Consortium

☒ Count XVII – Punitive Damages

☐ Other _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other _____(please state the facts supporting this Count in the space, immediately below)

_____
_____
_____
_____
_____
_____
_____
_____
_____

                    s/ Derek H. Potts
                      Attorneys for Plaintiff

Address and bar information:

Derek H. Potts, MO Bar #44882
Timothy L. Sifers, MO Bar #49836
Hans H. van Zanten, MO Bar #52045
The Potts Law Firm, LLP
908 Broadway, 3rd Floor
Kansas City, Missouri 64105
Email:  dpotts@potts-law.com
Email:  tsifers@potts-law.com
Email:  hvanzanten@potts-law.com
816-931-2230 (Telephone)
816-931-7030 (Facsimile)

Derek H. Potts
Timothy L. Sifers
Hans H. van Zanten

6